IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FREDRICK GOREE                                                                          PLAINTIFF

VS.                                          CASE NO. 06-CV-1038

USW LOCAL 5-0369 (PACE)                                                         DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendant USW Local 5-0369 (PACE). (Doc. No. 14-1). The Plaintiff has not responded to the motion. Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. The Plaintiff's claims against Defendant USW Local 5-0369 (PACE) are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 13th day of June, 2007.

                                            /s/Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            United States District Judge